UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:16-CV-60947-DPG

UNITED STATES OF AMERICA,  )
)
        Plaintiff,  )
)
v.  )
)
GREGORY D. CALLISTE,  )
        Defendant.  )
)
)
_____  )

**APPLICATION AND DECLARATION FOR
ENTRY OF DEFENDANT'S DEFAULT**

Steven M. Davis, hereby applies to the Clerk of the Court for entry of Defendant's default and declares as follows:

1. I am private counsel for the United States Department of Justice and in that capacity have been assigned to represent the interests of the Plaintiff in the above captioned matter.

2. I hereby make application to the Clerk of this Court for entry of default as to defendant, Gregory D. Calliste, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application state as follows:

    a) The Defendant was substitute served with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure.

    b) Upon Plaintiff's information and belief, the defendant is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520.

    c) The Defendant has neither answered nor otherwise responded formally to the

Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule 12(a), Federal Rules of Civil Procedure.

WHEREFORE Plaintiff requests the Clerk of the Court to enter the Defendant's default.

I, Steven M. Davis, do hereby certify under penalty of perjury, pursuant to 28 U.S.C. section 1746(2) that the above statements are true and accurate to the best of my knowledge and belief.

Dated: May 31, 2016

Miami, Florida

Respectfully submitted,

_____
Steven M. Davis, (Florida Bar No. 894249)
Email: sdavis@becker-poliakoff.com
121 Alhambra Plaza
Alhambra Towers - 10th Floor
Coral Gables, FL  33134
Telephone: (305) 262-4433
Facsimile:  (305) 442-2232
Attorneys for Plaintiff United States of America

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the Plaintiff's Application and Declaration for Entry of Default and proposed Clerk's Default, were mailed, postage paid, this 31st day of May, 2016 to all parties on the attached Service List.

_____
Steven M. Davis

CASE NO.: 0:16-CV-60947-DPG

## SERVICE LIST

Gregory D. Calliste
1455 SW 10th Street
Ft. Lauderdale, FL 33312

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:16-CV-60947-DPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY D. CALLISTE,

        Defendant.

_____

## *NON-MILITARY STATUS AFFIDAVIT*

STATE OF FLORIDA      :

COUNTY OF MIAMI-DADE  :

Steven M. Davis, personally appeared before me this 31st day of May, 2016, and having taken an oath, stated that he has personal knowledge of the facts set forth herein, and that the information contained herein is true and correct. He is personally known to me and states as follows:

1.    I am counsel for the Plaintiff in the above-styled matter.

2.    Defendant, Gregory D. Calliste, is not in the military service of the United States of America.

3.    I ascertained the Defendant's non-military status from the Defense Manpower Data Center Website by requesting information concerning the military status of the Defendant. The Defense Manpower Data Center website replied with a certificate that Defendant is not in the military service of the United States of America.

CASE NO.: 0:16-CV-60947-DPG

4. The Certificate is attached hereto and expressly made a part hereof by reference as Exhibit "A".

FURTHER AFFIANT SAYETH NAUGHT.

_____
STEVEN M. DAVIS, ESQ.
*personally known*

SWORN TO AND SUBSCRIBED before me this 31st day of May, 2016, by Steven M. Davis.

_____
NOTARY PUBLIC, STATE OF FLORIDA

**Printed Name of Notary Public**

My Commission Expires:

ACTIVE: 7921140_1

Soja Yordi
COMMISSION # FF051080
EXPIRES: SEP. 04, 2017
WWW.AARONNOTARY.com

Department of Defense Manpower Data Center

Results as of : May-31-2016 07:00:54 AM

SCRA 3.0



Status Report
Pursuant to Servicemembers Civil Relief Act

Last Name: CALLISTE
First Name: GREGORY
Middle Name: D.
Active Duty Status As Of: May-31-2016

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Mary M. Snavely-Dixon* (signature)

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
4800 Mark Center Drive, Suite 04E25
Arlington, VA 22350



EXHIBIT A

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ý 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via this URL: https://kb.defense.gov/PublicQueries/publicQuestions/FaqsAnswers.jsp?Subject=Locating Service Members or Getting a Mailing Addresss. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ý 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Certificate ID: 21QAL9E8D316020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 0:16-CV-60947-DPG

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GREGORY D. CALLISTE,

        Defendant.

**DEFENDANT'S DEFAULT**

DEFAULT ENTERED as to defendant, GREGORY D. CALLISTE, on this _____ day of _____, 2016.

COURT ADMINISTRATOR
CLERK OF THE COURT

BY: _____
DEPUTY CLERK

ACTIVE: 7921103_1